■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY MACK, Appellant. [654 NYS2d 689] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 14, 1995 (*People v Mack*, 212 AD2d 640), affirming a judgment of the County Court, Orange County, rendered November 24, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., O'Brien, Krausman and Florio, JJ., concur.